**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANDRE VIRUEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 5:20CV01040-FB** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPNAY f/k/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | § § § § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Andre Viruez files this disclosure statement pursuant to Fed.R. Civ.P. 7.1. and shows the Court as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Andre Viruez

Plaintiff.

The Lincoln National Life Insurance Company f/k/a
Life Assurance Company Boston

Defendant.

Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456

Counsel for Defendant The Lincoln National Life Insurance Company f/k/a
Life Assurance Company of Boston

Jessica Taylor
State Bar No. 24013546
The Law Office of Jessica Taylor
1150 N. Loop 1604 W., Suite 108, P.O. Box 423
San Antonio, Texas 78248
Jessica@jtaylorlaw.com
Telephone: (210) 391-4637

Counsel for Plaintiff.

Respectfully submitted,

THE LAW OFFICE OF JESSICA TAYLOR, PLLC
1150 N. Loop 1604 W., Suite 108, P.O. Box 423
San Antonio, Texas 78248
T: 210-391-4637
F: 210-402-1225

*<u>/s/ Jessica Taylor</u>*_________
Jessica Taylor

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of October, 2020, a true and correct copy of the foregoing document was served upon the following counsel of record electronically via CM/EMF:

Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
iwana@rademaekerslaw.com

*/s/ Jessica Taylor*____
JESSICA TAYLOR