**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANDRE VIRUEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:20cv01040-FB-RBF** |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY f/k/a** | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**JOINT SCHEDULING RECOMMENDATIONS**

In accordance with the Court's October 16, 2020, Order, the parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by February 4, 2021.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by January 8, 2021, and each opposing party shall respond, in writing, by January 22, 2021.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by March 1, 2021.

4. All parties asserting claims for relief shall file their designation of testifying experts, and proposed exhibits, and shall serve on all parties, but not file, the materials required by FED. R. CIV. P. 26(a)(2)(B) by February 4, 2021. Parties resisting claims for relief shall file their designation of testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by March 1, 2021. All designations of rebuttal experts shall be filed within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery, if any, by May 5, 2021. Counsel may by agreement continue discovery beyond the deadline, *but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.* Defendant has produced a Bates numbered copy of the proposed administrative record. Plaintiff will produce any suggested additions to the administrative record or object to the inclusion of matters contained therein on or before May 19, 2021.

7. The Defendant shall file the Administrative Record with the Court no later than June 2, 2021. All Dispositive motions, as defined in Local Rule CV-7(c), shall be filed by June 9, 2021. Dispositive motions and responses to dispositive motions shall be limited to 20 pages in length. Replies, if any, shall be limited to 10 pages in length in accordance with Local Rules CV-7(f).

8. As ERISA cases are generally decided on the administrative record and the filing of dispositive motions, this case will not be set for trial until after dispositive motions, if any, have been ruled on. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(d) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

9. All parties to this action have been served and have conferred concerning the contents of the proposed scheduling order on October 27, 2020, and the parties have agreed as to its contents.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**By:** /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

**AND**

**THE LAW OFFICE OF JESSICA TAYLOR**
The 1150 N. Loop 1604 W., Suite 108
P.O. Box 423
San Antonio, Texas 78248

Phone: (210) 402-4022

**BY:** /s/ *Jessica Taylor* (by permission)
Jessica Taylor, Esq.
Texas State Bar No. 24013546
Email: jessica@jtaylorlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jessica Taylor, Esq.
Email: jessica@jtaylorlaw.com

October 27, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers