**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANDRE VIRUEZ,** | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **v.** | **§** | |
| | **§** | **CIVIL ACTION NO. 5:20cv01040-FB** |
| **THE LINCOLN NATIONAL LIFE** | **§** | |
| **INSURANCE COMPANY f/k/a** | **§** | |
| **LIBERTY LIFE ASSURANCE** | **§** | |
| **COMPANY OF BOSTON,** | **§** | |
| **Defendant.** | **§** | |

**NOTICE OF CHANGE OF ADDRESS**

Notice is hereby provided that the firm address for Defendant's counsel has changed to the following:

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

Dated this 18th day of January 2021.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jessica Spangler Taylor, Esq.
Email: jessica@jtaylorlaw.com

| | |
|---|---|
| January 18, 2021 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |