**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANDRE VIRUEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:20cv01040-FB** |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY f/k/a** | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Andre Viruez and Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 23rd day of February 2021.

Respectfully submitted,

**THE LAW OFFICE OF JESSICA TAYLOR**
The 1150 N. Loop 1604 W., Suite 108
P.O. Box 423
San Antonio, Texas 78248
Phone: (210) 402-4022

**BY:** /s/ *Jessica Taylor* (by permission)
Jessica Taylor, Esq.
Texas State Bar No. 24013546
Email: jessica@jtaylorlaw.com

**ATTORNEYS FOR PLAINTIFF**

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**