**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ANDRE VIRUEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-20-CA-1040-FB** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY f/k/a Liberty Life Assurance Company of Boston,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Joint Stipulation for Dismissal With Prejudice (docket no. 18) filed by the parties on February 23, 2020. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed with prejudice, with all costs taxed against the party that incurred them.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the Joint Stipulation for Dismissal With Prejudice (docket no. 18) signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned case is DISMISSED WITH PREJUDICE, with all costs taxed against the party that incurred them.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 24th day of February, 2021.

FRED BIERY
UNITED STATES DISTRICT JUDGE